WILLIAM H. CLARK,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-07-29902M; CA A103961)

998 P2d 220

Bob Pangburn argued the cause and filed the brief for appellant.

Susan L. Kanclier, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Haselton, Presiding Judge, and Edmonds and Wollheim, Judges.

PER CURIAM

## PER CURIAM

The state acknowledges, and we agree, that the trial court's award of fees was erroneous under *Petersen v. Cook*, 164 Or App 240, 990 P2d 931 (1999), and *Alexander v. Johnson*, 164 Or App 235, 990 P2d 929 (1999). We reject plaintiff's remaining arguments.

Judgment for attorney fees of $475 vacated; otherwise affirmed.